UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20284-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GLENDALL SLATER, JR.

        Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE SENTENCE

THIS CAUSE came before the Court upon defendant's motion to reduce sentence re: Crack Cocaine Offense - 18:3583 **[D.E. #172]**. After conducting a de novo review, the Court adopts the Report and Recommendation of United States Magistrate Judge Barry L. Garber **[D.E. #178]**. Therefore, it is

ORDERED and ADJUDGED that said motion is **DENIED.**

DONE and ORDERED in Miami-Dade County, Florida this ___16___ day of May, 2012.

_____
FEDERICO A. MORENO
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

All Counsel of Record